1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   FRANK XAVIER RODRIGUEZ,

11            Plaintiff,                    No. CIV S-08-1808 FCD DAD P

12        vs.

13   W. O' BRIAN, et al.,

14            Defendants.                    ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.  In his complaint,

18   plaintiff alleges violations of his civil rights by defendants at the California Correctiona

19   Institution in Tehachapi.  The alleged violations took place in Kern County, which is part of the

20   Fresno Division of the United States District Court for the Eastern District of California.  See

21   Local Rule 3-120(d).

22            Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

23   the proper division of a court may, on the court's own motion, be transferred to the proper

24   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

25   court.  In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's

26   request to proceed in forma pauperis.

1

1          Good cause appearing, IT IS HEREBY ORDERED that:

2          1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

3          2.  This action is transferred to the United States District Court for the Eastern

4    District of California sitting in Fresno; and

5          3.  All future filings shall reference the new Fresno case number assigned and

6    shall be filed at:

7                    United States District Court
                     Eastern District of California
8                    2500 Tulare Street
                     Fresno, CA 93721
9

10   DATED: September 23, 2008.

11

12                                              _Dale A. Drozd_____

13                                              DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE
14   DAD:4
     rodr1808.22
15

16

17

18

19

20

21

22

23

24

25

26

2